**Order entered November 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01235-CR
No. 05-13-01237-CR

**JOHN CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F93-61603-N, F93-61604-N**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, the clerk's record containing the documents related to appellant's motion for post-conviction DNA testing, including the trial court's order denying the motion and the trial court's certification of appellant's right to appeal.

The Court **DENIES** appellant's October 28, 2013 motion to reconsider this Court's order of October 16, 2013.

The Court **DENIES** appellant's November 6, 2013 motion to withdraw the record. Pursuant to the Court's local rule no. 4.1, criminal records may not be checked out by the parties.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Fred Tinsley, Presiding Judge, 195th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to John Cloud, TDCJ No. 749521, Powledge Unit, 1400 F.M. 3452, Palestine, Texas 75803.

/s/ DAVID EVANS
   JUSTICE